UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:04-CR-211-BO(1)

FILED

NOV 1 6 2005

FRED L. BORCH III, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | ) ORDER EXTENDING MOTION |
| | )    RESPONSE TIME |
| DAVID A. PASSARO | ) |

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, without opposition from the defendant, has moved the Court to extend the time permitted the Government to respond to the defendant's Modified Notice of Intention to Disclose Classified Information During Jury Trial. For good cause shown and after due deliberation the Court hereby GRANTS THE MOTION and extends the response time permitted the Government to November 25, 2005. All time consumed as a result of this extension shall be exempted from inclusion in all speedy trial calculations.

So ORDERED, this ___15___ day November, 2005.

_____
HON. TERRANCE W. BOYLE
United States District Court Judge
Eastern District of North Carolina