FILED WITH THE
COURT SECURITY OFFICER
CSO:
DATE:

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:04-CR-211-BO(1)

UNITED STATES OF AMERICA )
)
v. )
)
DAVID A. PASSARO, )
)
Defendant. )
)

GOVERNMENT'S RESPONSE TO DEFENDANT'S
MOTION TO STRIKE SURPLUSAGE

Case 5:04-cr-00211-BO    Document 175    Filed 01/10/06    Page 1 of 1