UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:04-CR-211-1BO

UNITED STATES OF AMERICA

v.

DAVID A. PASSARO

DEFENDANT'S SUPPLEMENTAL
REQUEST FOR JURY INSTRUCTIONS

The Defendant, David A. Passaro, by and through his undersigned counsel, hereby respectfully requests that this Honorable Court include the following jury instruction, in addition to those previously requested August 3, 2003.

DEFENDANT'S PROPOSED JURY INSTRUCTION NO. 36

INNOCENT INTENT

Criminal intent is negated if two elements are met: (1) Mr. Passaro honestly believed he was acting in cooperation with the United States Government, specifically, the Central Intelligence Agency; and (2) The government official or officials upon whose authority Mr. Passaro relied possessed actual authority to authorize the use of force during the interrogation of Abdul Wahli.

Accordingly, if the government does not negate these elements by proof beyond a reasonable doubt, you must find that Mr. Passaro lacked the criminal intent required for each Count of the Indictment.

Authority:    *United States v. Fulcher*, 250 F.3d 244 (4th Cir. 2001).

Respectfully requested this 15th day of August, 2006.

THOMAS P. McNAMARA
Federal Public Defender

/s/ Joseph B. Gilbert
JOSEPH B. GILBERT
Assistant Federal Public Defender
150 Fayetteville Street Mall Suite 450
Raleigh, North Carolina 27601
Telephone: 919-856-4236
Fax: 919-856-4477
E-mail: Joseph_Gilbert@fd.org
N.C. State Bar No. 21395
LR 57.1 Counsel
Appointed

CERTIFICATE OF SERVICE

The undersigned certifies that service was made upon:

JAMES CANDELMO
Assistant United States Attorney
Suite 800, Federal Building
310 New Bern Avenue
Raleigh, NC 27601-1461

by electronically filing the foregoing with the Clerk of Court on August 15th, 2006, using the CM/ECM. system which will send notification of such filing to the above.

Respectfully submitted this 15th day of August, 2006.

THOMAS P. McNAMARA
Federal Public Defender

/s/ Joseph B. Gilbert
JOSEPH B. GILBERT
Assistant Federal Public Defender
150 Fayetteville Street Mall, Suite 450
Raleigh, North Carolina 27601
Telephone: 919-856-4236
Fax: 919-856-4477
E-mail: Joseph_Gilbert@fd.org
N.C. State Bar No. 21395
LR 57.1 Counsel Appointed