UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

FILED
**8-17-06**
, CLERK
US DISTRICT COURT EDNC

NO. 5:01-CR-211-1-1BO

UNITED STATES OF AMERICA   )
   )   SPECIAL VERDICT FORM
   v.   )
   )
DAVID A. PASSARO   )

## COUNT ONE

1. We, the Jury, find as to the defendant, DAVID A. PASSARO,

on Count One of the Indictment:

   \_\_\_\_\_   GUILTY

   \_\_\_\_\_   NOT GUILTY

   _X_   GUILTY OF LESSER INCLUDED OFFENSE OF
   SIMPLE ASSAULT

## COUNT TWO

2. We, the Jury, find as to the defendant, DAVID A. PASSARO,

on Count Two of the Indictment:

   \_\_\_\_\_   GUILTY

   \_\_\_\_\_   NOT GUILTY

   \_\_\_\_\_   GUILTY OF LESSER INCLUDED OFFENSE OF
   SIMPLE ASSAULT

*(If your verdict is guilty, you are instructed to answer Question A. below)*

   A.   Was the assault alleged in Count Two committed solely by use of the dangerous weapon alleged in Count One?

   YES _____   NO _____

## COUNT THREE

3.  We, the Jury, find as to the defendant, DAVID A. PASSARO, on Count Three of the Indictment:

_____  GUILTY

_____  NOT GUILTY

__X___  GUILTY OF LESSER INCLUDED OFFENSE OF SIMPLE ASSAULT

## COUNT FOUR

4.  We, the Jury, find as to the defendant, DAVID A. PASSARO, on Count Four of the Indictment:

_____  GUILTY

_____  NOT GUILTY

_____  GUILTY OF LESSER INCLUDED OFFENSE OF SIMPLE ASSAULT

*(If your verdict is guilty, as to Count Four, you are instructed to answer Question B below)*

B.  Was the assault alleged in Count Four committed solely by use of the dangerous weapon alleged in Count Three?

YES _____     NO _____

_8/16/06_
DATE

2

NO. 5:01-CR-211-1-1BO

FILED
8-17-06
US DISTRICT CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | SPECIAL VERDICT FORM |
| v. | ) | |
| | ) | |
| DAVID A. PASSARO | ) | |

## COUNT ONE

1. We, the Jury, find as to the defendant, DAVID A. PASSARO, on Count One of the Indictment:

_____  GUILTY

_____  NOT GUILTY

_____  GUILTY OF LESSER INCLUDED OFFENSE OF
SIMPLE ASSAULT

## COUNT TWO

2. We, the Jury, find as to the defendant, DAVID A. PASSARO, on Count Two of the Indictment:

__X___  GUILTY

_____  NOT GUILTY

_____  GUILTY OF LESSER INCLUDED OFFENSE OF
SIMPLE ASSAULT

*(If your verdict is guilty, you are instructed to answer Question A. below)*

A.  Was the assault alleged in Count Two committed
solely by use of the dangerous weapon alleged in
Count One?

YES _____        NO __X___

Case 5:04-cr-00211-BO     Document 259     Filed 08/17/06     Page 3 of 4

**COUNT THREE**

3.    We, the Jury, find as to the defendant, DAVID A. PASSARO, on Count Three of the Indictment:

\_\_\_\_\_        GUILTY

\_\_\_\_\_        NOT GUILTY

\_\_\_\_\_        GUILTY OF LESSER INCLUDED OFFENSE OF SIMPLE ASSAULT

**COUNT FOUR**

4.    We, the Jury, find as to the defendant, DAVID A. PASSARO, on Count Four of the Indictment:

\_\_\_\_\_        GUILTY

\_\_\_\_\_        NOT GUILTY

__X__        GUILTY OF LESSER INCLUDED OFFENSE OF SIMPLE ASSAULT

*(If your verdict is guilty, as to Count Four, you are instructed to answer Question B below)*

B.    Was the assault alleged in Count Four committed solely by use of the dangerous weapon alleged in Count Three?

YES _____        NO __X__

__8/17/06__
DATE

FOREPERSON'S SIGNATURE

2